*Friday, March 3, 1995*
## MOTION DOCKET

**95-417.** State v. Bacon. *Ottawa County,* No. 94OT026. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of execution of sentence pending appeal,

IT IS ORDERED by the court that the motion be, and the same hereby is, denied, effective February 28, 1995.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**94-1890.** Faber v. Syed. *Cuyahoga County,* No. 65359. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 2, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and is hereby, dismissed.

**94-2495.** Visocky v. Farmers Ins. of Columbus. *Cuyahoga County,* No. 66356. This cause is pending before the court on the certification of conflict by the Court of Appeals for Cuyahoga County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 2, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and is hereby, dismissed.

**95-28.** Cleveland City School Dist. Bd. of Edn. v. URS Co., Inc. *Cuyahoga County,* No. 64496. This cause is pending before the court as a discretionary appeal and cross-appeal. On February 15, 1995, this court denied the motion for leave to exceed page limitation on memorandum in response and in support of cross-appeal filed by appellee/cross-appellant, Dow Chemical Company. Whereas appellee/cross-appellant has not timely filed a memorandum in support of cross-appeal in compliance with the Rules of Practice of the Supreme Court of Ohio,

IT IS ORDERED by the court, *sua sponte,* that the cross-appeal of Dow Chemical Company be, and hereby is, dismissed.

*Tuesday, March 7, 1995*
## MOTION DOCKET

**93-2606.** Nationwide Mut. Ins. Co. v. Baker. *Hamilton County,* No. C-920462. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the joint notice of settlement and waiver of oral argument,

IT IS ORDERED by the court, *sua sponte,* effective March 6, 1995, that the proceedings in this case be, and hereby are, stayed, pending further order of this court.

## MISCELLANEOUS DISMISSALS

**94-1653.** State ex rel. LTV Steel Co. v. Indus. Comm. *Franklin County,* No. 93APD08-1205. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's brief was due September 25, 1994. It appears from the records of this court that appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*